UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIAN B. PHILLIPS,<br>    Plaintiff,<br>    v.<br>HOYT, et al.,<br>    Defendants. | Case No. 17-cv-01219-JCS (PR)<br><br>**ORDER REOPENING ACTION** |

This federal civil rights action was dismissed because plaintiff failed to perfect his application to proceed *in forma pauperis*. He since has perfected his application.

The action is REOPENED. The Clerk is directed to modify the docket accordingly. The judgment (Dkt. No. 8) and the order of dismissal (Dkt. No. 7) are VACATED.

The complaint will be reviewed in a separate order.

**IT IS SO ORDERED.**

**Dated:** August 8, 2017

                                                              JOSEPH C. SPERO<br>
                                                              Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIAN B. PHILLIPS,<br><br>    Plaintiff,<br><br>  v.<br><br>HOYT, et al.,<br><br>    Defendants. | Case No. 17-cv-01219-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Norrian B. Phillips ID: EDU-157/15050851
Santa Clara County Jail
Main Jail Complex
150 W. Hedding Street
San Jose, CA 95110

Dated: August 8, 2017

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By:_____
                                            Karen Hom, Deputy Clerk to the
                                            Honorable JOSEPH C. SPERO