UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORRIAN B. PHILLIPS,

    Plaintiff,

  v.

HOYT,

    Defendant.

Case No. 17-cv-01219-JCS (PR)

**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED**

    Plaintiff, who consented to magistrate judge jurisdiction (Dkt. No. 5), no longer resides at the address he has on file in this suit (Dkt. No. 17) and he has not informed the Court of his current address. Accordingly, plaintiff is ordered to show cause on or before **February 1, 2018** why this action should not be dismissed for failing to keep the Court apprised of his current address. Failure to file an appropriate response by that date will result in a recommendation that this action be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    The order of service (Dkt. No. 14), which directed defendant to file a dispositive motion on or before February 5, 2018, is **VACATED** and defendant is relieved of the obligations imposed by that order.

    **IT IS SO ORDERED.**

**Dated:** December 21, 2017

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIAN B. PHILLIPS,<br><br>  Plaintiff,<br><br>  v.<br><br>HOYT,<br><br>  Defendant. | Case No. 17-cv-01219-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Norrian B. Phillips ID: EDU-157/15050851
Santa Clara County Jail
Main Jail Complex
150 W. Hedding Street
San Jose, CA 95110

Dated: December 21, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO