UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIAN B. PHILLIPS,<br>　　　　Plaintiff,<br>　　v.<br>CAPTAIN HOYT,<br>　　　　Defendant. | Case No. 17-cv-01219-YGR (PR)<br><br>**ORDER SETTING NEW BRIEFING SCHEDULE** |

　　　　This action originally was assigned to Chief Magistrate Judge Joseph C. Spero, but it has since been reassigned to the undersigned District Judge. The briefing schedule in this federal civil rights action was vacated by Chief Magistrate Judge Spero pending Plaintiff showing cause why this action should not be dismissed for failing to keep the Court apprised of his current address. Dkt. 18. Plaintiff has since responded by filing his current address and explaining that he was moved to another jail. Dkt. 25. Thus, the Court sets the following new briefing schedule. Defendant shall file a dispositive motion, or notice regarding such motion, on or before **June 15, 2018**. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendant no later than **forty-five (45) days** after the date on which Defendant's motion is filed. Defendant's reply shall be filed within **fifteen (15) days** after the date Plaintiff's opposition is filed. Upon a showing of good cause, requests for a reasonable extension of time will be granted provided they are filed on or before the deadline they seek to extend.

　　　　The Court reminds the parties that they are to adhere to all instructions in Chief Magistrate Judge Spero's Order of Service. Dkt. 14. In particular, Defendant must adhere to the notice provisions detailed in Sections 2.a and 10 of that Order. *Id.* at 3-4.

　　　　IT IS SO ORDERED.

Dated: April 17, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　United States District Judge